UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-00159-BO

FILED
SEP 10 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER AMENDING** |
| ) | **CONDITIONS OF** |
| STEVEN T. BATTKO, ) | **PRE-SENTENCE RELEASE** |
| ) | |
| ) | |

For good cause shown, counsel's Motion to Amend Conditions of Pre-Sentence Release is hereby GRANTED and entered *nunc pro tunc* effective the 9th day of September 2010.

SO ORDERED, this the **10** day of September, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE